# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RONALD E. ARTIS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11cv00453 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| USP LEE COUNTY, <u>et al.</u>, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Artis's request to proceed <u>in forma pauperis</u> is **GRANTED**; this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); Artis's motion to appoint counsel (Docket No. 4) is **DISMISSED as moot**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 30th day of September, 2011.

                                                _/s/ Norman K. Moon_
                                                NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE